**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DONALD EILLOUT DEVORE | ) | CASE NO. 19-51107-SCS |
| | ) | |
| DEBTOR(S). | ) | JUDGE STEPHEN C. ST. JOHN |

---

| | |
|---|---|
| U.S BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST | ) ) ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| DONALD EILLOUT DEVORE 4971 BURNLEY DRIVE WILLIAMSBURG, VA 23188 | ) ) ) |
| DEBTOR, | ) |
| | ) |
| JAMEL DEVORE 4971 BURNLEY DRIVE WILLIAMSBURG, VA 23188, | ) ) ) |
| CO-DEBTOR, | ) |
| | ) |
| MICHAEL P. COTTER, TRUSTEE 870 GREENBRIER CIRCLE, SUITE 402 CHESAPEAKE, VA 23320, | ) ) ) |
| RESPONDENTS. | ) |

## ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY

Movant having filed a Certificate of Default, and it appearing that Movant has complied with the terms of the Consent Order entered hereinbefore, it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 and § 1301 is hereby modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located at 4971 Burnley Drive, Williamsburg, VA 23188, and is more particularly described as follows:

Todd Rich (VA Bar No. 74296)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  trich@mtglaw.com

1

All that certain lot, piece, or parcel of land, situate, lying and being in James City County, Virginia, designated as Lot Number Seven (7), as shown and set forth on: "PLAT OF MILL CREEK LANDING SECTION 3, OWNER/DEVELOPER: JOHN GRIER CONSTRUCTION COMPANY," made by L.V. Woodson & Associates, Inc., recorded in Plat Book 49, page 34, to which reference is made for a more particular description of the property herein conveyed.

IT IS FUTHER ORDERED that the Chapter 13 Trustee is relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant.

DONE at Newport News, Virginia, this _____ day of April 2022 .

Apr 6 2022

/s/ Stephen C St-John
_____
United States Bankruptcy Judge

ENTERED ON DOCKET: Apr 6 2022

I ASK FOR THIS

/s/ Todd Rich
Todd Rich
Virginia Bar No. 74296
McMichael Taylor Gray, LLC
Attorney for Movant
3550 Engineering Dr., Suite 260
Peachtree Corners, GA. 30092
*Counsel for Movant*

SEEN:

 /s/ Warren A. Uthe
Michael P. Cotter
Chapter 13 Trustee
341 Dial: 866-829-0903 Code: 2027797
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
*Chapter 13 Trustee*

## CERTIFICATION

      The undersigned certifies, pursuant to Rule 9022-1(C) that all necessary parties have endorsed the foregoing Order and that the Order is ready for entry.


/s/ Todd Rich
Attorney for Movant


Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:


Donald Eillout DeVore
4971 Burnley Drive
Williamsburg, VA 23188
        Debtor

Jamel DeVore
4971 Burnley Drive
Williamsburg, VA 23188
        Co-Debtor